Christopher M. McDonald (SBN 198093)
**MURCHISON & CUMMING, LLP**
18201 Von Karman Avenue, Suite 950
Irvine, California 92612
Telephone:   (714) 972-9977
Facsimile:   (714) 972-1404
E-mail: cmcdonald@murchisonlaw.com

Attorneys for Defendant,
WALMART, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GEORGEANNA MCCRUM,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALMART, INC.; JOHN DOE; and DOES 1 to 20,<br><br>    Defendants. | CASE NO. 2:24-cv-00819-DJC-JDP<br><br>**ORDER OF DISMISSAL** |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  November 1, 2024         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE